UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

KENNETH KRING

No. 2:25-cr-00141-LEW

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Possession of Child Pornography)

Between on about January 30, 2024, and November 30, 2024, in the District of Maine, the defendant,

**KENNETH KRING**

knowingly possessed images of child pornography within a Synchronoss account identified by account number 626361595-1 and Verizon Wireless cellular telephone number 830-285-0601. The Synchronoss account data contained digital images and video files that depicted sexually explicit conduct and were produced using minors engaged in sexually explicit conduct. Some of the images involved in the offense involved prepubescent minors and minors who had not attained 12 years of age. The images had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(5)(B) and (b)(2) and

1

2256(8)(A).

## COUNT TWO
### (Possession of Child Pornography)

On an unknown date between on about January 30, 2024, and January 9, 2025, in the District of Maine, the defendant,

**KENNETH KRING**

knowingly possessed images of child pornography within a cellular telephone, Samsung Galaxy S24, SM-S92IU, S/N RFCX20K023A. The cellular telephone contained digital images and video files that depicted sexually explicit conduct and were produced using minors engaged in sexually explicit conduct. Some of the images involved in the offense involved prepubescent minors and minors who had not attained 12 years of age. The images had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(5)(B) and (b)(2) and 2256(8)(A).

## COUNT THREE
### (Distribution of Child Pornography)

On about June 23, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified

by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file 7c0b11ce-d7f4-4dad-a3e0-4f83136e7f88 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FOUR
### (Distribution of Child Pornography)

On about June 23, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file c0cf0fdf-e16a-422d-b77b-52b9d4770332 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FIVE
### (Distribution of Child Pornography)

On about June 23, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file 6a2520cc-5f90-46e5-af47-d6fb0eed01c9 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT SIX
### (Distribution of Child Pornography)

On about June 23, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file a2609308-d1c4-4acf-958b-2256752fb14f using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT SEVEN
## (Distribution of Child Pornography)

On about June 26, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file 06983e5f-bf7f-4ae5-a86f-83bb640917b0 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT EIGHT
## (Distribution of Child Pornography)

On about June 28, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file fcb14235-9e40-4eaa-83ed-f135c9a8ea06 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT NINE
### (Distribution of Child Pornography)

On about July 2, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse507_cxu," distributed and attempted to distribute the child pornography file f52c9075-f8c8-4512-aeb6-bda4340a5a17 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT TEN
### (Distribution of Child Pornography)

On about August 10, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "have624_4ih," distributed and attempted to distribute the child pornography file 347b72f1-0d1e-49f8-8aff-6f01374af930 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been

6

shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT ELEVEN
### (Distribution of Child Pornography)

On about August 17, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH KRING

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "ohboyohboy33_2fe," distributed and attempted to distribute the child pornography file 769897d7-28a7-4c1c-96b0-39bd32c41432 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT TWELVE
### (Distribution of Child Pornography)

On about August 17, 2024, in the District of Maine and elsewhere, the defendant,

### KENNETH KRING

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "ohboyohboy33_2fe," distributed and attempted to distribute the child

pornography file c7d1936a-991e-41f5-8b84-d47fbd576cbe using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT THIRTEEN
### (Distribution of Child Pornography)

On about September 20, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "gates5345_95n," distributed and attempted to distribute the child pornography file b6b07c9d-75be-46ba-8af7-8a49874f26de using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FOURTEEN
### (Distribution of Child Pornography)

On about October 27, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse2345_hgz," distributed and attempted to distribute the child pornography file 6b49a92f-d124-4419-ab45-edf2819e7078 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT FIFTEEN
### (Distribution of Child Pornography)

On about October 27, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse2345_hgz," distributed and attempted to distribute the child pornography file 2d2fc6d0-9b8a-4d34-9714-4e4551142e7b using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT SIXTEEN
### (Distribution of Child Pornography)

On about October 27, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse2345_hgz," distributed and attempted to distribute the child pornography file f589d45d-2545-4f93-b0ad-296add704a9b using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT SEVENTEEN
### (Distribution of Child Pornography)

On about October 27, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse2345_hgz," distributed and attempted to distribute the child pornography file 5405da8d-4e8d-42f6-8411-5860bba16a49 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been

shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT EIGHTEEN
### (Distribution of Child Pornography)

On about October 27, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse2345_hgz," distributed and attempted to distribute the child pornography file 70303e47-3ccc-4432-8604-502417617ef7 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT NINETEEN
### (Distribution of Child Pornography)

On about November 5, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "someoneelse2345_hgz," distributed and attempted to distribute the child pornography file 0df6e875-f5b4-4818-89cc-e0019a50c0b5 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT TWENTY
### (Distribution of Child Pornography)

On about November 30, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "greeceseea_q4f," distributed and attempted to distribute the child pornography file 71778a24-7888-4b73-bf24-816dcfd5ca7f using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT TWENTY-ONE
## (Distribution of Child Pornography)

On about December 12, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "coolbttm52_klb," distributed and attempted to distribute the child pornography file 7362a4d8-c77c-4232-97a2-8ea90ebd43f6 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT TWENTY-TWO
## (Distribution of Child Pornography)

On about December 29, 2024, in the District of Maine and elsewhere, the defendant,

**KENNETH KRING**

knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8). The defendant, using a Kik account identified by USER ID "italic393_5uw," distributed and attempted to distribute the child pornography file e1d014f4-548a-41fd-b417-7d3040210513 using the internet, a means and facility of interstate and foreign commerce, and the child pornography had been

shipped and transported in and affecting commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## **FORFEITURE NOTICE**

Upon conviction of any the offenses set forth in Counts One through Twenty-Four of this Indictment, charging violations of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(a)(2), the defendant,

### **KENNETH KRING**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (a) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C., Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

(1) Samsung Galaxy S24, SM-S92IU, S/N RFCX20K023A.

If any of the property described above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the Defendant—

   a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 2253.

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

*/s/ John C. A[...]*
Assistant United States Attorney

Date: September 17, 2025